45 MAP 2015

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 96 MAL 2015
:
        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
SCOTT BRADLEY KINGSTON, :
:
        Respondent :


**ORDER**


**PER CURIAM**

    **AND NOW**, this 19th day of May, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:


(1)    Does 18 Pa.C.S. Section 906 bar the imposition of sentences for three separate solicitations?

(2)    If Section 906 of the Crimes Code bars sentences for combinations of inchoate offenses (attempt, solicitation, conspiracy), does it also bar sentences for separate attempts or separate solicitations?